**36** UNION NATIONAL BANK vs. CIRCUIT JUDGE (Wayne), No. 15642½.

To vacate an order dismissing garnishment proceedings for want of prosecution, it appearing that three garnishee defendants were individually proceeded against and separately answered, and in the title of the motion to dismiss the three were joined as garnishee defendants, and the motion to vacate was based upon such joinder.

Order to show cause denied June 2, 1896. See St. Sav. Bk. vs. Ct. Judge, 95 M., 100, No. 39.

**37** BETHEL vs. SUPERIOR COURT JUDGE (Detroit), 57 M., 379.

To vacate an order dismissing garnishee proceedings.

Granted June 17, 1885.

Assumpsit was brought against two parties as partners and a writ of garnishment issued. In the principal suit the jury found a verdict in favor of plaintiffs against one of the defendants and in favor of the other by reason of his infancy. They also found specially that defendants were co-partners.

The trial court dismissed the proceedings in garnishment because of the failure to recover against both of the defendants.